IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**REGINALD ISLER, #140597**                                        **PLAINTIFF**

**VERSUS**                                           **CAUSE NO. 1:12-CV-117-LG-JMR**

**PRESTON GOFF, ET AL.**                                      **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause be **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**SO ORDERED AND ADJUDGED** this the 14th day of June, 2012.

                                                           s/ *Louis Guirola, Jr.*
                                                           LOUIS GUIROLA, JR.
                                                           CHIEF U.S. DISTRICT JUDGE